prohibits him from entering it again, saving the store's security guards from the burden of having to follow him around whenever he is there. One of Getloaded's owners also owns another company that is a client of truckstop.com, so in view of Getloaded's past abuse, the district court was within its discretion in giving extended reach to its injunction to assure that that owner, or others like him, would not be a channel for further abuse.

**AFFIRMED.**

---

### ORDER

Upon the vote of a majority of nonrecused regular active judges[1] of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

Gerald Ross PIZZUTO, Jr., Petitioner–Appellant,

v.

A.J. ARAVE, Warden, Respondent–Appellee.

No. 97–99017.

United States Court of Appeals, Ninth Circuit.

Oct. 20, 2004.

Ramiro CORNEJO–BARRETO, Petitioner–Appellant,

v.

W.H. SIEFERT, Warden of the Metropolitan Detention Center, Respondent–Appellee.

No. 02–56605.

United States Court of Appeals, Ninth Circuit.

Filed Oct. 19, 2004.

Craig M. Wilke, Deputy Federal Public Defender, FPDCA–Federal Public Defender'S Office (Santa Ana), Santa Ana, CA, for Petitioner–Appellant.

Douglas N. Letter, DOJ–U.S. Department of Justice, Washington, DC, for Respondent–Appellee.

Before: SCHROEDER, Chief Judge.

1. Judge O'Scannlain is recused.